McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JABARI R. WHITAKER,<br><br>Defendant. | Case No. 5:20-po-00108-JLT<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE<br>(Doc. 5) |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice and vacate the trial date of December 4, 2020.

DATED:  November 19, 2020                    Respectfully submitted,

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

                                       By:     /s/ Philip N. Tankovich__
                                                     PHILIP N. TANKOVICH
                                                     Special Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice, and the December 4, 2020 trial date is vacated.

IT IS SO ORDERED.

Dated:   **November 19, 2020**             /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE